```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
JOSEPH VOLFMAN,                                                    :
                                                                   :
                                        Plaintiff,                 :   1:24-cv-06237-GHW
                                                                   :
                    -v-                                            :   ORDER
                                                                   :
PIZZA 10 LLC, *et al.*,                                            :
                                                                   :
                                        Defendants.                :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On November 18, 2024, the Court issued an order to show cause as to why this action should not be dismissed for failure to serve process pursuant to Fed. R. Civ. P. 4(m). Dkt. No. 13. On November 24, 2024, Plaintiff filed a response and affidavits showing that service was effectuated on October 3, 2024, within the 90-day window required by Rule 4(m). Dkt. Nos. 14, 15, 16. The Court expects that any application for an order to show cause why default judgment should not be entered in this case will be filed before December 25, 2024. Any such application must fully comply with Attachment A of the Court's Individual Rules of Practice in Civil Cases. Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: November 25, 2024

_____
GREGORY H. WOODS
United States District Judge