USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOSEPH VOLFMAN, :
:
                        Plaintiff, :    1:24-cv-06237-GHW
:
          -v- :    <u>ORDER</u>
:
PIZZA 10 LLC, *et al.*, :
:
                     Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    In the Court's August 20, 2024 order, the Court scheduled an initial pretrial conference for December 2, 2024. Dkt. No. 7. The Court ordered that the parties meet and confer and submit a joint letter and proposed case management plan by November 25, 2024. *Id.* As of the date of this Order, Defendants have not appeared in this action, and the parties have not filed a joint status letter or proposed case management plan. The Court therefore adjourns the initial pretrial conference to February 7, 2025 at 2:00 p.m. The deadline to submit the joint letter and proposed case management plan outlined in the Court's August 20, 2024 order, Dkt. No. 7, is extended to January 31, 2024.

    SO ORDERED.

Dated: November 26, 2024

                                                    _____
                                                        GREGORY H. WOODS
                                                     United States District Judge